UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-mc-80562-DIMITROULEAS/MATTHEWMAN

ALL-TAG CORP.,

    Plaintiff,

vs.

CHECKPOINT SYSTEMS, INC.,

    Defendant.
_____/

## ORDER REFERRING CASE TO MAGISTRATE JUDGE

THIS CAUSE is before the Court upon Checkpoint Systems, Inc.'s Motion to Compel Non-Party NEDAP, Inc. to Produce All Documents Responsive to Subpoena, filed on April 12, 2019 [DE 1]. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned case is hereby **REFERRED** to United States William Matthewman for appropriate disposition or report and recommendation.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of April, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Magistrate Judge Matthewman