UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-mc-80562-DIMITROULEAS/MATTHEWMAN

ALL-TAG CORP.,

    Plaintiff,

vs.

CHECKPOINT SYSTEMS, INC.,

    Defendant.

_____/

## ORDER DENYING APPEAL OF MAGISTRATE ORDER

THIS CAUSE is before the Court upon Checkpoint Systems, Inc.'s Rule 72 Objection to Magistrate Judge Matthewman's Order Denying the Balance of Defendant's Motion to Compel Non-Party Nedap, Inc. to Produce all Documents Responsive to Subpoena [DE 1], [DE 26] (the "Appeal"), filed herein on June 19, 2019, which seeks to appeal a June 7, 2019 Order issued by Magistrate Judge Matthewman [DE 24]. The Court has carefully considered the Appeal [DE 26], Non-Party Nedap, Inc's Response [DE 27], the Appellant's Reply [DE 28], Judge Matthewman's Order [DE 24], and is otherwise fully advised in the premises.

A magistrate judge is permitted to hear and determine any non-dispositive pretrial matter pending before the court, including discovery matters, and the decision of the magistrate judge is a final decision. 28 U.S.C. § 636(b)(1)(A). If a party objects to the magistrate judge's order, a district court may set aside or modify the order only if the district court finds that the magistrate's order is "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); S.D. Fla. Mag. R. 4(A). A finding is clearly erroneous when "although there is evidence to support it, the reviewing court on the entire evidence is left with the definite and firm

conviction that a mistake has been committed." *Pullman-Standard v. Swint*, 456 U.S. 273, 285 n. 14 (1982); *see also Johnson v. Hamrick*, 296 F. 3d 1065, 1074 (11th Cir. 2002). The question for the reviewing court is not whether the finding is the best or only conclusion that can be drawn from the evidence. Instead, the test is whether there is evidence in the record to support the lower court's findings, and whether its construction of that evidence is a reasonable one. *Heights Comty. Congress v. Hilltop Realty, Inc.*, 774 F. 2d 135, 140-41 (6th Cir. 1985).

This miscellaneous action was filed in the Middle District of Florida, by Checkpoint Systems, Inc. ("Checkpoint"), to compel non-party Nedap, Inc. ("Nedap") to produce certain documents relevant to Checkpoint's defense of an antitrust lawsuit pending before this Court in *All-Tag Corp. v. Checkpoint Systems, Inc.*, Case No. 17-81261-cv-Dimitrouleas/Matthewman (the "Main Case"). *See* [DE 1]. This miscellaneous action was transferred to the undersigned and then referred to Judge Matthewman. *See* [DE 6].

Checkpoint argues that it needs nine documents from Nedap in order to defend itself from All-Tag's accusations of antitrust violations in the Main Case. Nedap, like All-Tag and Checkpoint, operates in the Electronic Article Surveillance industry. According to Checkpoint, it needs these nine documents to demonstrate that Nedap engages in the activity that All-Tag accuses Checkpoint of foreclosing with anticompetitive conduct. Checkpoint avers that these nine documents, PowerPoint presentations used to market Nedap's services, are critical to their defense, to show that Nedap engages in the business that they are accused of preventing others from engaging in.

Judge Matthewman found that Nedap had "in good faith, supplied information to Defendant in response to the subpoena." [DE 24 at 2]. Judge Matthewman stated some concerns about requiring Nedap to produce these documents, which are well-founded despite the existence

of confidentiality measures, and reasoned that the documents may not be strictly necessary given the availability of other marketing materials. The Court agrees with Judge Matthewman's conclusion that "the additional marking pieces are irrelevant and disproportionate . . . ." *See id.*

Checkpoint has not stated any basis to find Magistrate Judge Matthewman's conclusions as clearly erroneous or contrary to law. Accordingly, the Court will affirm Judge Matthewman's Order [DE 24].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Appeal [DE 26] is **DENIED**;

2. Magistrate Judge Matthewman's Order [DE 24] is hereby **AFFIRMED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of July, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Magistrate Judge Matthewman